# United States Bankruptcy Court
## Middle District of Alabama

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Electric Service of Montgomery L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-4286001** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1120 Parker Street**<br>**Montgomery, AL**<br>ZIP Code **36108** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 9695**<br>**Montgomery, AL**<br>ZIP Code **36108** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Electric Service of Montgomery L.L.C.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Electric Service of Montgomery L.L.C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael A. Fritz, Sr**
Signature of Attorney for Debtor(s)

**Michael A. Fritz, Sr ASB 5814 Z56M**
Printed Name of Attorney for Debtor(s)

**Fritz Law Firm**
Firm Name

**25 South Court Street, Suite 200**
**Montgomery, AL 36104**

_____
Address

**Email: bankruptcy@fritzlawalabama.com**
**(334) 230-9790  Fax: (334) 230-9789**
Telephone Number

**October 13, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel Starr**
Signature of Authorized Individual

**Daniel Starr**
Printed Name of Authorized Individual

**Principle Owner**
Title of Authorized Individual

**October 13, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Middle District of Alabama

In re  **Electric Service of Montgomery L.L.C.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A-Z Muni-Dot**<br>**3648 Vann Road**<br>**Suit 100**<br>**Birmingham, AL 35235** | **A-Z Muni-Dot**<br>**3648 Vann Road**<br>**Suit 100**<br>**Birmingham, AL 35235** | | | **13,500.00** |
| **Alabama Machinery and Supply Co**<br>**323 Bibb St**<br>**Montgomery, AL 36104** | **Alabama Machinery and Supply Co**<br>**323 Bibb St**<br>**Montgomery, AL 36104** | | | **40,000.00** |
| **American Southern Insurance**<br>**National Claims Service**<br>**16118 North Florida Ave**<br>**Lutz, FL 33549** | **American Southern Insurance**<br>**National Claims Service**<br>**16118 North Florida Ave**<br>**Lutz, FL 33549** | | | **21,133.83** |
| **Export Development Canada**<br>**Receivables Control Corp**<br>**7373 Kirkwood Ct, Suite 200**<br>**Osseo, MN 55369** | **Export Development Canada**<br>**Receivables Control Corp**<br>**7373 Kirkwood Ct, Suite 200**<br>**Osseo, MN 55369** | | | **14,228.50** |
| **Inline Electric Supply Co**<br>**745 Northeast Blvd**<br>**Montgomery, AL 36117** | **Inline Electric Supply Co**<br>**745 Northeast Blvd**<br>**Montgomery, AL 36117** | | | **80,000.00** |
| **Interstate Electrical Supply**<br>**P.O. Box 1466**<br>**Columbus, GA 31902** | **Interstate Electrical Supply**<br>**P.O. Box 1466**<br>**Columbus, GA 31902** | | | **24,247.47** |
| **Jimmy Day Plumbing & HTG, Inc**<br>**PO Box 210661**<br>**Montgomery, AL 36121** | **Jimmy Day Plumbing & HTG, Inc**<br>**PO Box 210661**<br>**Montgomery, AL 36121** | | | **26,045.96** |
| **Leon Kelly & Co, LLP**<br>**2527 Bell Road**<br>**Montgomery, AL 36117** | **Leon Kelly & Co, LLP**<br>**2527 Bell Road**<br>**Montgomery, AL 36117** | | | **21,700.00** |
| **Mayer Electric Supply Co., Inc.**<br>**P.O. Box 2153, Dept. 1440**<br>**Birmingham, AL 35287** | **Mayer Electric Supply Co., Inc.**<br>**P.O. Box 2153, Dept. 1440**<br>**Birmingham, AL 35287** | | | **105,000.00** |
| **Reventures**<br>**PO Box 640604**<br>**Pike Road, AL 36064** | **Reventures**<br>**PO Box 640604**<br>**Pike Road, AL 36064** | | | **80,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Electric Service of Montgomery L.L.C.**   Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Revere Control Systems<br>2440 Rocky Ridge Road<br>Birmingham, AL 35216 | Revere Control Systems<br>2440 Rocky Ridge Road<br>Birmingham, AL 35216 | | | 18,057.00 |
| Rexel, Inc.<br>1312 State Docks Rd<br>Decatur, AL 35601 | Rexel, Inc.<br>1312 State Docks Rd<br>Decatur, AL 35601 | | | 25,358.78 |
| Robert Starr<br>1472 Mahogany Chase NW<br>Acworth, GA 30101-7854 | Robert Starr<br>1472 Mahogany Chase NW<br>Acworth, GA 30101-7854 | 2013 GMC Truck | | 25,767.44 |
| Robert Starr<br>1472 Mahogany Chase NW<br>Acworth, GA 30101-7854 | Robert Starr<br>1472 Mahogany Chase NW<br>Acworth, GA 30101-7854 | 2007 Chevy Truck | | 13,516.78 |
| Robert Starr<br>1472 Mahogany Chase NW<br>Acworth, GA 30101-7854 | Robert Starr<br>1472 Mahogany Chase NW<br>Acworth, GA 30101-7854 | Wells Fargo | | 41,003.95 |
| Robert Starr<br>1472 Mahogany Chase NW<br>Acworth, GA 30101-7854 | Robert Starr<br>1472 Mahogany Chase NW<br>Acworth, GA 30101-7854 | | | 30,000.00 |
| Scott Cockerham<br>120 Interstate North Pkway Suite 305<br>Atlanta, GA 30339 | Scott Cockerham<br>120 Interstate North Pkway Suite 305<br>Atlanta, GA 30339 | | | 110,000.00 |
| Temple, Inc<br>PO Box 2066<br>Decatur, AL 35602-2066 | Temple, Inc<br>PO Box 2066<br>Decatur, AL 35602-2066 | | | 26,615.19 |
| Travelers Casulty and Surety Co<br>One Tower Square, 8MS<br>Hartford, CT 06183 | Travelers Casulty and Surety Co<br>One Tower Square, 8MS<br>Hartford, CT 06183 | | | 41,492.66 |
| Weaver Directional Boring, Inc<br>24780 Plywood Mill Rd<br>Andalusia, AL 36421 | Weaver Directional Boring, Inc<br>24780 Plywood Mill Rd<br>Andalusia, AL 36421 | | | 33,880.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Principle Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 13, 2015** _____   Signature **/s/ Daniel Starr** _____
                                                     **Daniel Starr**
                                                     **Principle Owner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Electric Service of Montgomery L.L.C.
P.O. Box 9695
Montgomery, AL 36108


A-Z Muni-Dot
3648 Vann Road
Suit 100
Birmingham, AL 35235


Alabama Department of Revenue
50 North Ripley
Montgomery, AL 36132


Alabama Machinery and Supply Co
323 Bibb St
Montgomery, AL 36104


Allen Enterprise
PO Box 560384
Orlando, FL 32856-0384


Alliance Wire & Cable, Ltd
1665 Lakes Pkwy Ste 101
Lawrenceville, GA 30043


American Southern Insurance
National Claims Service
16118 North Florida Ave
Lutz, FL 33549


BlueLine Rental
8401 New Trails Drive #150
Spring, TX 77381


Bonded Lighting Protection
122 Leesly Lane
Argyle, TX 76226

Diane Adams
Altus GTS Inc
PO Box 1389
Kenner, LA 70063


Donald Smith Co
746 E. Main St
Headland, AL 36345


Electro Rent Corp.
1770 Corporate Drive, Suite 550
Norcross, GA 30093


Engel, Harrison & Johanson, PC
PO Box 11405
Birmingham, AL 35202


Export Development Canada
Receivables Control Corp
7373 Kirkwood Ct, Suite 200
Osseo, MN 55369


Ground & Pipe Construction, LLC
260 Commerce St
Montgomery, AL 36104


Inline Electric Supply Co
745 Northeast Blvd
Montgomery, AL 36117


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Electrical Supply
P.O. Box 1466
Columbus, GA 31902

Jimmy Day Plumbing & HTG, Inc
PO Box 210661
Montgomery, AL 36121


Kelly Services, Inc
PO Box 530437
Atlanta, GA 30353-0437


Leon Kelly & Co, LLP
2527 Bell Road
Montgomery, AL 36117


Mark A. Kirkorsky, PC
PO Box 25287
Tempe, AZ 85285-5287


Massey, Stotser & Nichols, PC
1780 Gadsden Hwy
Birmingham, AL 35235


Mayer Electric Supply Co., Inc.
P.O. Box 2153, Dept. 1440
Birmingham, AL 35287


Parnell & Crum P.A.
P.O. Box 2189
Montgomery, AL 36102


Qualico Steel, Inc
1090 Parker Street
Montgomery, AL 36108


Rainey, Kizer, Revier & Bell, P.L.C.
50 N. Front Street, Suite 610
Memphis, TN 38103

Reventures
PO Box 640604
Pike Road, AL 36064


Revere Control Systems
2440 Rocky Ridge Road
Birmingham, AL 35216


Rexel, Inc.
1312 State Docks Rd
Decatur, AL 35601


Robert Starr
1472 Mahogany Chase NW
Acworth, GA 30101-7854


Schwartz, Zarzaur &Schwartz
PO Box 11366
Birmingham, AL 35202-1366


Scott Cockerham
120 Interstate North Pkway
Suite 305
Atlanta, GA 30339


Simpson, Uchitel & Wilson, LLP
One Securities Center, Ste 300
3490 Piedmont Road, NE
Atlanta, GA 30305


Southern Concrete Producats, Inc
380 Pierce Road
Oakland, TN 38060


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Temple, Inc
PO Box 2066
Decatur, AL 35602-2066


Travelers Casulty and Surety Co
One Tower Square, 8MS
Hartford, CT 06183


Various Work In Progress



Weaver Directional Boring, Inc
24780 Plywood Mill Rd
Andalusia, AL 36421



Webster, Henry, Lyons, Bradwell, Cohan &
PO Box 239
Montgomery, AL 36101-0239

# United States Bankruptcy Court
## Middle District of Alabama

In re **Electric Service of Montgomery L.L.C.** Case No. _____
Debtor(s)   Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Electric Service of Montgomery L.L.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 13, 2015** | **/s/ Michael A. Fritz, Sr** |
| Date | **Michael A. Fritz, Sr** |
| | Signature of Attorney or Litigant |
| | Counsel for **Electric Service of Montgomery L.L.C.** |
| | **Fritz Law Firm** |
| | **25 South Court Street, Suite 200** |
| | **Montgomery, AL 36104** |
| | **(334) 230-9790 Fax:(334) 230-9789** |
| | **bankruptcy@fritzlawalabama.com** |